**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No. 11 CR 373-2 |
| v. | ) | |
| | ) | Hon. Harry D. Leinenweber |
| **ALEXANDER FIELD** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED ORDER

The parties having agreed to the following, it is hereby ORDERED that the conditions of release for defendant Alex Field are hereby modified to permit defendant to travel for business to the New York City area from September 6, 2012 to September 10, 2012. Defendant is ordered, as soon as specific travel arrangements are made, to provide Pretrial Services with the specific arrangements including copies of plane and hotel reservations for each location where defendant will be staying. Defendant shall report to Pretrial Services before his departure on September 6, 2012, and upon his return to Chicago on September 10, 2012. Defendant shall continue to comply with all other conditions of release.

ENTERED:

_____
Harry D. Leinenweber, District Judge

DATED:_____

Richard S. Kling
Law Offices at Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL 60661-3691
(312) 906-5075